FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 3 1 2024

TAMMY H. DOWNS, CLERK
By:_____ DEP CLERK

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**ROBERT MORRIS**                                   **PLAINTIFF**

**VS.**                 **NO. 3:24-cv-201-KGB**

**ANTHONY HUBBARD;
NASH TRANSPORT LLC; and
JOHN DOES 1-4**                           **DEFENDANTS**

**DISCLOSURE STATEMENT**

Defendant Nash Transport LLC is created and headquartered in Missouri. It has no parent corporation and no publicly held corporation owns or controls ten percent or more of its stock. Its sole member, Safet Musanovic, is a citizen of Missouri. Defendant Anthony Hubbard is an individual and a citizen of Missouri.

Gregory T. Jones (83097)
Nicholas D. Hornung (2015174)
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201
(501) 371-0808
FAX: (501) 376-9442
gjones@wlj.com; nhornung@wlj.com

*Attorneys for Anthony Hubbard and
Nash Transport LLC*

3234560-v1