**From:** Joshua Adkerson
**To:** Claims Adjuster | AIFE
**Cc:** LaShea Robinson; Amanda Porbeck
**Subject:** Re: ACK Letter, Claim# L240345, Client: Robert Morris
**Date:** Friday, October 11, 2024 2:30:18 PM
**Attachments:** image001.png
6 - Proof of Service - Hubbard Anthony.pdf
5 - Proof of Service - Nash Transport LLC.pdf
2 - Complaint.pdf

Victor -

Please find attached a copy of our file-marked complaint along with proof of service for Nash Transport LLC and Anthony Hubbard.

Thanks,
JA

**From:** Claims Adjuster | AIFE <claimsadjuster@aifexchange.com>
**Sent:** Friday, August 9, 2024 1:50 PM
**To:** Joshua Adkerson <joshua@mcdaniellawyers.com>
**Cc:** LaShea Robinson <lashea@mcdaniellawyers.com>
**Subject:** RE: ACK Letter, Claim# L240345, Client: Robert Morris

Hello Josh,

I will follow up with our insured to obtain the status of Mr. Hubbard's health and the cell phone preservation.

*Thank you*

**Victor Streeter**
*Claims Department*
*American Inter-Fidelity Exchange*
*Phone: 219/755-4567*
*Fax: 219/755-4560*

***Our office will be closing on Fridays at 3:00 p.m. cst. until further notice.***

**Please note: You (as a claimant) have a duty to mitigate your damages, the duty to mitigate refers to a party's obligation to make reasonable efforts to limit the harm they suffer from another party's actions. Failure to discharge this duty to mitigate precludes the recovery of damages that could have been avoided through reasonable efforts.**

**From:** Joshua Adkerson <joshua@mcdaniellawyers.com>
**Sent:** Friday, August 9, 2024 1:47 PM



EXHIBIT
E
PENGAD 800-631-6989

**To:** Claims Adjuster | AIFE <claimsadjuster@aifexchange.com>
**Cc:** LaShea Robinson <lashea@mcdaniellawyers.com>
**Subject:** Re: ACK Letter, Claim# L240345, Client: Robert Morris

**CAUTION: This email originated from outside the organization. Do not click links or open attachments unless you validate the sender and know the content is safe.**

Victor -

Checking in with you regarding an answer on Mr. Hubbard's cell phone? Are you aware of any steps taken to preserve the data? Thanks.


JA

---

**From:** Claims Adjuster | AIFE <claimsadjuster@aifexchange.com>
**Sent:** Thursday, July 25, 2024 10:11 AM
**To:** Joshua Adkerson <joshua@mcdaniellawyers.com>
**Cc:** LaShea Robinson <lashea@mcdaniellawyers.com>
**Subject:** RE: ACK Letter, Claim# L240345, Client: Robert Morris


Hello Josh,

My apologies, I will process the payment of $400. Also, I will follow up with our insured regarding the driver's cell phone.


*Thank you*

**Victor Streeter**
*Claims Department*
*American Inter-Fidelity Exchange*
*Phone: 219/755-4567*
*Fax: 219/755-4560*


*Our office will be closing on Fridays at 3:00 p.m. cst. until further notice.*


**Please note: You (as a claimant) have a duty to mitigate your damages, the duty to mitigate refers to a party's obligation to make reasonable efforts to limit the harm they suffer from another party's actions. Failure to discharge this duty to mitigate precludes the recovery of damages that could have been avoided through reasonable efforts.**


**From:** Joshua Adkerson <joshua@mcdaniellawyers.com>
**Sent:** Monday, July 22, 2024 3:19 PM
**To:** Claims Adjuster | AIFE <claimsadjuster@aifexchange.com>
**Cc:** LaShea Robinson <lashea@mcdaniellawyers.com>
**Subject:** Re: ACK Letter, Claim# L240345, Client: Robert Morris

**CAUTION: This email originated from outside the organization. Do not click links or open attachments unless you validate the sender and know the content is safe.**

Victor -

My client has not received the $400 check yet. Can you confirm it has been sent? Any update on Anthony Hubbard and his cell phone?

JA

---

**From:** Joshua Adkerson <joshua@mcdaniellawyers.com>
**Sent:** Monday, June 24, 2024 11:08 AM
**To:** Claims Adjuster | AIFE <claimsadjuster@aifexchange.com>
**Cc:** LaShea Robinson <lashea@mcdaniellawyers.com>
**Subject:** Re: ACK Letter, Claim# L240345, Client: Robert Morris

Victor -

Thank you for the response. Please issue the $400 check directly to Mr. Morris and send to his address. I will let him know to be on the lookout.

As it pertains to the cell phone, it is within the purview of our preservation/spoliation request due to the nature of the collision itself. It is wholly related to understanding the circumstances of why this collision happened in the first place. Please notify your insured that they are on notice of the potential implications for any non-compliance of our request including: an admissible inference that it *was* being used, that non-compliance was done to hide something, and potential sanctions or other penalties. Our request is not uncommon, but the actions and lack of response from your insured are concerning.

Regards,

JA

---

**From:** Claims Adjuster | AIFE <claimsadjuster@aifexchange.com>
**Sent:** Friday, June 21, 2024 9:10 AM
**To:** Joshua Adkerson <joshua@mcdaniellawyers.com>
**Cc:** LaShea Robinson <lashea@mcdaniellawyers.com>
**Subject:** RE: ACK Letter, Claim# L240345, Client: Robert Morris

Hello Josh,

I spoke to our representative of Nash Transport and I was advised that Mr. Hubbard has been dealing with an illness as of late and he has been in and out of the hospital. His delayed response is

the result of his illness and his journey to recovery. Our insured will continue their effort of obtaining a response regarding Mr. Hubbard's cell phone. Please elaborate on why you seek Mr. Hubbard's cell phone, his cell phone is seemingly unrelated to this incident. I am willing to offer your client $400 to address the loss of use.

*Thank you*

**Victor Streeter**
**Claims Department**
**American Inter-Fidelity Exchange**
**Phone: 219/755-4567**
**Fax: 219/755-4560**

**Our office will be closing on Fridays at 3:00 p.m. cst. until further notice.**

**Please note: You (as a claimant) have a duty to mitigate your damages, the duty to mitigate refers to a party's obligation to make reasonable efforts to limit the harm they suffer from another party's actions. Failure to discharge this duty to mitigate precludes the recovery of damages that could have been avoided through reasonable efforts.**

**From:** Joshua Adkerson <joshua@mcdaniellawyers.com>
**Sent:** Wednesday, June 19, 2024 4:40 PM
**To:** Claims Adjuster | AIFE <claimsadjuster@aifexchange.com>
**Cc:** LaShea Robinson <lashea@mcdaniellawyers.com>
**Subject:** Re: ACK Letter, Claim# L240345, Client: Robert Morris

**CAUTION: This email originated from outside the organization. Do not click links or open attachments unless you validate the sender and know the content is safe.**

Victor -

Have you heard anything from Nash's safety director regarding their compliance / non-compliance with our request for Mr. Hubbard's cell phone for inspection/download? You mentioned that Mr. Hubbard is still an employee so I cannot imagine they are unable to take action - unless their position is that they are unwilling. I need to know something. You also mentioned looking into and providing an update on the post-accident drug testing.

I am also needing an update regarding the loss of use for the initial 2-week period of time the Mr. Morris was without a rental.

Thanks.

JA

**From:** Joshua Adkerson <joshua@mcdaniellawyers.com>
**Sent:** Wednesday, June 12, 2024 8:51 AM
**To:** Claims Adjuster | AIFE <claimsadjuster@aifexchange.com>
**Cc:** LaShea Robinson <lashea@mcdaniellawyers.com>
**Subject:** Re: ACK Letter, Claim# L240345, Client: Robert Morris

Victor -

Has the property damage check been issued? Please advise on the loss of use payment to Mr. Morris as well. I'm also requesting an update on the production of your driver's cell phone for download/inspection. Thanks.

JA

**From:** Joshua Adkerson <joshua@mcdaniellawyers.com>
**Sent:** Tuesday, June 4, 2024 8:38 AM
**To:** Claims Adjuster | AIFE <claimsadjuster@aifexchange.com>
**Cc:** LaShea Robinson <lashea@mcdaniellawyers.com>
**Subject:** Re: ACK Letter, Claim# L240345, Client: Robert Morris

Victor -

Thank you for your help. As we discussed, you have advised that our preservation request(s) have been relayed to the company and driver multiple times regarding the driver's cell phone. We need a definitive response as it relates to the steps being taken to comply. Thanks.

JA

**From:** Claims Adjuster | AIFE <claimsadjuster@aifexchange.com>
**Sent:** Monday, June 3, 2024 5:32 PM
**To:** Joshua Adkerson <joshua@mcdaniellawyers.com>
**Cc:** LaShea Robinson <lashea@mcdaniellawyers.com>
**Subject:** RE: ACK Letter, Claim# L240345, Client: Robert Morris

Hello Josh,

Please see the updated rental reservation.

Ticket Number:
Reservation Number: X6BKJ4
(5668)  (901) 761-6979
ENTERPRISE RENT-A-CAR
5131 POPLAR AVE
MEMPHIS, TN  38117

*Thank you*

**Victor Streeter**
**Claims Department**
**American Inter-Fidelity Exchange**
**Phone: 219/755-4567**
**Fax: 219/755-4560**

**Our office will be closing on Fridays at 3:00 p.m. cst. until further notice.**

**Please note: You (as a claimant) have a duty to mitigate your damages, the duty to mitigate refers to a party's obligation to make reasonable efforts to limit the harm they suffer from another party's actions. Failure to discharge this duty to mitigate precludes the recovery of damages that could have been avoided through reasonable efforts.**

**From:** Joshua Adkerson <joshua@mcdaniellawyers.com>
**Sent:** Monday, June 3, 2024 3:40 PM
**To:** Claims Adjuster | AIFE <claimsadjuster@aifexchange.com>
**Cc:** LaShea Robinson <lashea@mcdaniellawyers.com>
**Subject:** Re: ACK Letter, Claim# L240345, Client: Robert Morris

CAUTION: This email originated from outside the organization. Do not click links or open attachments unless you validate the sender and know the content is safe.

For the period of time from date of collision until rental reservation. This is supported by Arkansas AMI 2210; Ark. Code Ann. 27-53-401; and Fryar v . Sanders, 301 Ark. 379, 784 S.W.2d 168 (1990). This is calculated by the per diem rental rate for that period (ex. $35/day).

JA

**From:** Claims Adjuster | AIFE <claimsadjuster@aifexchange.com>
**Sent:** Monday, June 3, 2024 2:50 PM
**To:** Joshua Adkerson <joshua@mcdaniellawyers.com>
**Cc:** LaShea Robinson <lashea@mcdaniellawyers.com>
**Subject:** RE: ACK Letter, Claim# L240345, Client: Robert Morris

Hello Joshua,

What loss of use are you referring too? Please see the below rental reservation:

Ticket Number:
Reservation Number: X6BZ46
(5616)  #(870) 972-0505

ENTERPRISE RENT-A-CAR
2800 S CARAWAY RD
JONESBORO, AR  72401-7325


*Thank you*

**Victor Streeter**
**Claims Department**
**American Inter-Fidelity Exchange**
**Phone: 219/755-4567**
**Fax: 219/755-4560**

**Our office will be closing on Fridays at 3:00 p.m. cst. until further notice.**

**Please note: You (as a claimant) have a duty to mitigate your damages, the duty to mitigate refers to a party's obligation to make reasonable efforts to limit the harm they suffer from another party's actions. Failure to discharge this duty to mitigate precludes the recovery of damages that could have been avoided through reasonable efforts.**

**From:** Joshua Adkerson <joshua@mcdaniellawyers.com>
**Sent:** Monday, June 3, 2024 10:13 AM
**To:** Claims Adjuster | AIFE <claimsadjuster@aifexchange.com>
**Cc:** LaShea Robinson <lashea@mcdaniellawyers.com>
**Subject:** Re: ACK Letter, Claim# L240345, Client: Robert Morris

**CAUTION: This email originated from outside the organization. Do not click links or open attachments unless you validate the sender and know the content is safe.**

Thank you. Please provide the reservation number when set. It will need to be from Enterprise in Jonesboro. Are you now able to issue the loss of use for the period leading up to today? Thanks.

JA

**From:** Claims Adjuster | AIFE <claimsadjuster@aifexchange.com>
**Sent:** Monday, June 3, 2024 10:00 AM
**To:** Joshua Adkerson <joshua@mcdaniellawyers.com>
**Cc:** LaShea Robinson <lashea@mcdaniellawyers.com>
**Subject:** RE: ACK Letter, Claim# L240345, Client: Robert Morris

Hello Joshua,

Yes, I can reserve Mr. Morris a rental vehicle.

*Thank you*

**Victor Streeter**
**Claims Department**
**American Inter-Fidelity Exchange**
**Phone: 219/755-4567**
**Fax: 219/755-4560**

**Our office will be closing on Fridays at 3:00 p.m. cst. until further notice.**

**Please note: You (as a claimant) have a duty to mitigate your damages, the duty to mitigate refers to a party's obligation to make reasonable efforts to limit the harm they suffer from another party's actions. Failure to discharge this duty to mitigate precludes the recovery of damages that could have been avoided through reasonable efforts.**

**From:** Joshua Adkerson <joshua@mcdaniellawyers.com>
**Sent:** Thursday, May 30, 2024 1:47 PM
**To:** Claims Adjuster | AIFE <claimsadjuster@aifexchange.com>
**Cc:** LaShea Robinson <lashea@mcdaniellawyers.com>
**Subject:** Re: ACK Letter, Claim# L240345, Client: Robert Morris

**CAUTION: This email originated from outside the organization. Do not click links or open attachments unless you validate the sender and know the content is safe.**

Victor -

I received confirmation from my client that ACD will be conducting their appraisal tomorrow around noon. Do you have any update on the rental car?

JA

**From:** Claims Adjuster | AIFE <claimsadjuster@aifexchange.com>
**Sent:** Wednesday, May 29, 2024 10:57 AM
**To:** Joshua Adkerson <joshua@mcdaniellawyers.com>
**Cc:** LaShea Robinson <lashea@mcdaniellawyers.com>
**Subject:** RE: ACK Letter, Claim# L240345, Client: Robert Morris

Hello Joshua,

AIFE is not requesting an additional vehicle inspection/download, I have assigned our third-party appraisal service to schedule an inspection of your client's vehicle damages.

*Thank you*

**Victor Streeter**
**Claims Department**

*American Inter-Fidelity Exchange*
*Phone: 219/755-4567*
*Fax: 219/755-4560*

*Our office will be closing on Fridays at 3:00 p.m. cst. until further notice.*

**Please note: You (as a claimant) have a duty to mitigate your damages, the duty to mitigate refers to a party's obligation to make reasonable efforts to limit the harm they suffer from another party's actions. Failure to discharge this duty to mitigate precludes the recovery of damages that could have been avoided through reasonable efforts.**

**From:** Joshua Adkerson <joshua@mcdaniellawyers.com>
**Sent:** Wednesday, May 29, 2024 10:12 AM
**To:** Claims Adjuster | AIFE <claimsadjuster@aifexchange.com>
**Cc:** LaShea Robinson <lashea@mcdaniellawyers.com>
**Subject:** Re: ACK Letter, Claim# L240345, Client: Robert Morris

CAUTION: This email originated from outside the organization. Do not click links or open attachments unless you validate the sender and know the content is safe.

Victor -

I meant to ask you about confirmation that AIF Exhange is not interested in performing an inspection/download of Mr. Morris's vehicle. Please confirm via email so we have it in writing for our file before the vehicle is repaired/salvaged. I have reached out to Robert regarding the vehicle appraisal. His wife will be at the residence all week and has the keys. He will be on the lookout for the call from ACD.

JA

**From:** Joshua Adkerson <joshua@mcdaniellawyers.com>
**Sent:** Wednesday, May 29, 2024 9:02 AM
**To:** Claims Adjuster | AIFE <claimsadjuster@aifexchange.com>
**Cc:** LaShea Robinson <lashea@mcdaniellawyers.com>
**Subject:** Re: ACK Letter, Claim# L240345, Client: Robert Morris

Victor -

The vehicle is located at: 537 County Road 333, Jonesboro, AR 72401. Can you confirm that a rental is set up at the Jonesboro Enterprise? Mr. Morris needs transportation to work.

JA

**From:** Claims Adjuster | AIFE <claimsadjuster@aifexchange.com>
**Sent:** Tuesday, May 28, 2024 4:49 PM

**To:** Joshua Adkerson <joshua@mcdaniellawyers.com>
**Cc:** LaShea Robinson <lashea@mcdaniellawyers.com>
**Subject:** RE: ACK Letter, Claim# L240345, Client: Robert Morris

Hello Mr. Adkerson,

I have forwarded your letter and request to our insured regarding Anthony Hubbard's cell phone. I will follow up with you after I have received a response. Please provide your client's address so that we can assign our third-party appraisal service to inspect his vehicle damages.

*Thank you*

**Victor Streeter**
**Claims Department**
**American Inter-Fidelity Exchange**
**Phone: 219/755-4567**
**Fax: 219/755-4560**

**Our office will be closing on Fridays at 3:00 p.m. cst. until further notice.**

**Please note: You (as a claimant) have a duty to mitigate your damages, the duty to mitigate refers to a party's obligation to make reasonable efforts to limit the harm they suffer from another party's actions. Failure to discharge this duty to mitigate precludes the recovery of damages that could have been avoided through reasonable efforts.**

**From:** Joshua Adkerson <joshua@mcdaniellawyers.com>
**Sent:** Tuesday, May 28, 2024 12:05 PM
**To:** Claims Adjuster | AIFE <claimsadjuster@aifexchange.com>
**Cc:** LaShea Robinson <lashea@mcdaniellawyers.com>
**Subject:** Re: ACK Letter, Claim# L240345, Client: Robert Morris

**CAUTION: This email originated from outside the organization. Do not click links or open attachments unless you validate the sender and know the content is safe.**

Victor -
I hope you enjoyed the extended weekend. Please provide an update at your earliest convenience.

JA

**From:** Joshua Adkerson <joshua@mcdaniellawyers.com>
**Sent:** Friday, May 24, 2024 3:01 PM
**To:** Claims Adjuster | AIFE <claimsadjuster@aifexchange.com>
**Cc:** LaShea Robinson <lashea@mcdaniellawyers.com>
**Subject:** Re: ACK Letter, Claim# L240345, Client: Robert Morris

Victor -

Thank you for the response and confirmation. We also sent a letter to Nash Transport LLC and Anthony Hubbard. Since your insureds truck is on the road, we will not proceed with doing an inspection or download of the vehicle itself but need all of the other requested information preserved. We do maintain our request that Anthony Hubbard's cell phone is preserved and produced for inspection/download immediately. The steps for safeguarding the data are outlined in our letter. We have retained third-party services that are on standby to receive it.

As it relates to the property damage, the vehicle is at Mr. Morris' residence and is undriveable (will need a rollback). Mr. Morris is off work until Tuesday but will need a rental set up for when he returns to work. There is no issue if you need to send someone to take a look at the vehicle for appraisal/total loss purposes. We do ask that all communications go through our office at this time.

We look forward to working with you and I hope you have a good Memorial Day weekend.

JA

---

**From:** Claims Adjuster | AIFE <claimsadjuster@aifexchange.com>
**Sent:** Friday, May 24, 2024 10:37 AM
**To:** Joshua Adkerson <joshua@mcdaniellawyers.com>
**Cc:** LaShea Robinson <lashea@mcdaniellawyers.com>
**Subject:** ACK Letter, Claim# L240345, Client: Robert Morris

Hello Mr. Adkerson,

We have received your letter of representation and preservation regarding incident. I have attached our acknowledgment letter. I have forwarded your preservation letter to our insured and advised them to preserve the listed information. Per your letter, you have requested to conduct a vehicle inspection and download. Is your office still requesting a vehicle inspection? If so, I will contact our insured as their vehicle is currently on the road. You have advised me that Mr. Robert Morris's vehicle is undrivable and located at his residence. Although I am still gathering additional information, do I have permission to contact Mr. Morris regarding his property damages?

*Thank you*

**Victor Streeter**
**Claims Department**
**American Inter-Fidelity Exchange**
**Phone: 219/755-4567**

*Fax: 219/755-4560*

*Our office will be closing on Fridays at 3:00 p.m. cst. until further notice.*

**Please note: You (as a claimant) have a duty to mitigate your damages, the duty to mitigate refers to a party's obligation to make reasonable efforts to limit the harm they suffer from another party's actions. Failure to discharge this duty to mitigate precludes the recovery of damages that could have been avoided through reasonable efforts.**

**From:** Joshua Adkerson <joshua@mcdaniellawyers.com>
**Sent:** Friday, May 24, 2024 9:26 AM
**To:** Claims Adjuster | AIFE <claimsadjuster@aifexchange.com>
**Cc:** LaShea Robinson <lashea@mcdaniellawyers.com>
**Subject:** Claim L240345

**CAUTION: This email originated from outside the organization. Do not click links or open attachments unless you validate the sender and know the content is safe.**

Victor -

Please advise the status of the property damage portion of this claim. I also need a letter of acknowledgement from you, and confirmation that you are taking steps to comply with our preservation letter.

JA

Joshua Adkerson
McDaniel Law Firm, PLC
400 South Main Street
Jonesboro, AR 72401
Office: 870-336-4747
Fax: 870-932-0919
Joshua@McDaniellawyers.com



The information contained in this e-mail may be privileged as an attorney-client communication and may contain information intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is prohibited. If you have received this communication in error, please notify my office by telephone or e-mail and delete this message and all copies. Thank you.