**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**ROBERT MORRIS** **PLAINTIFF**

**v.** **Case No. 3:24-cv-00201 KGB**

**ANTHONY HUBBARD, *et al.*** **DEFENDANTS**

**ORDER**

Before the Court is plaintiff Robert Morris's unopposed motion for extension of time to respond to defendants' motion for partial summary judgment, motion to exclude, and motion to foreclose (Dkt. No. 45). Morris represents that he has conferred with counsel for defendants before filing this motion and that defendants do not object to the requested extension (*Id.*, ¶ 1). Morris represents that his responses to defendants' motion for partial summary judgment on direct negligence claim (Dkt. No. 37), motion to exclude opinions and testimony of Benjamin Bierce (Dkt. No. 40), and motion to foreclose undisclosed expert testimony (Dkt. No. 43) are due on September 3, 2026 (Dkt. No. 45, ¶ 2). Morris represents that the parties are scheduled for mediation on September 2, 2026, and that the deposition of one of Morris's witnesses is scheduled on September 3, 2026 (*Id.*, ¶ 3). Morris requests a seven-day extension to respond to defendants' motions (*Id.*, ¶ 4). For good cause shown, the Court grants Morris's unopposed motion for extension of time (Dkt. No. 45). Morris's time to respond is extended by seven days to and including September 10, 2026.

It is so ordered this 26th day of August, 2026.

Kristine G. Baker
Chief United States District Judge