**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**ROBERT MORRIS** **PLAINTIFF**

**v.** **Case No. 3:24-cv-00201-KGB**

**ANTHONY HUBBARD, *et al.*** **DEFENDANT**

**ORDER**

Before the Court is plaintiff Robert Morris and defendants Anthony Hubbard and Nash Transport, LLC's (collectively the "Parties") joint stipulation of dismissal (Dkt. No. 50). This stipulation accords with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the joint stipulation of dismissal (*Id.*). The Court dismisses the action with prejudice, with the Parties to bear their own costs and fees.

The Court denies as moot all pending motions (Dkt. Nos. 37; 40; 43; 47; 48).

It is so ordered this 21st day of October, 2026.

Kristine G. Baker
Chief United States District Judge